```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 08970
    VICTOR M GUZMAN
    NORMA I GUZMAN                             CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-1949     SSN XXX-XX-6801

---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/12/08 .

     2.  The case was dismissed without confirmation, 06/27/2008.

---------------------------------------------------------------------------
                                                   INTEREST      PRINCIPAL
CREDITOR NAME              CLASS        CLAIM AMOUNT  PAID          PAID
---------------------------------------------------------------------------
CHASE HOME FINANCE      CURRENT MORTG        .00         .00          .00
CHASE HOME FINANCE      MORTGAGE ARRE NOT FILED         .00          .00
HOUSEHOLD FINANCE CORP I SECURED             .00         .00          .00
HOUSEHOLD FINANCE CORP I MORTGAGE ARRE NOT FILED        .00          .00
AMERICAN GENERAL FINANCE SECURED VEHIC       .00         .00          .00
CAPITAL ONE BANK        UNSECURED     NOT FILED         .00          .00
CAPITAL ONE BANK        UNSECURED     NOT FILED         .00          .00
CAPITAL ONE BANK        UNSECURED     NOT FILED         .00          .00
PALOS COMMUNITY HOSPITAL UNSECURED    NOT FILED         .00          .00
MED BUSINESS BUREAU     UNSECURED     NOT FILED         .00          .00
NICOR GAS               UNSECURED     NOT FILED         .00          .00
NICOR GAS               UNSECURED     NOT FILED         .00          .00
THE BUREAUS             UNSECURED     NOT FILED         .00          .00
INTERNAL REVENUE SERVICE PRIORITY     NOT FILED         .00          .00
            Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00         .00
PRINCIPAL PAID        .00          .00          .00          .00         .00
INTEREST PAID         .00          .00          .00          .00         .00
TOTAL PAID            .00          .00          .00          .00         .00
The Debtor's attorney, JOHN J LYNCH              , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 09/10/08                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                          PAGE   2
        CASE NO. 08 B 08970 VICTOR M GUZMAN & NORMA I GUZMAN